UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS A. VENTURA,<br><br>Plaintiff,<br><br>v.<br><br>ZS ASSOCIATES, INC., et al.,<br><br>Defendants. | Case No. 25-cv-09167-LJC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. Nos. 7, 8 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Kim for consideration of whether the case is related to 25-cv-09163-SK.

**IT IS SO ORDERED.**

Dated: October 29, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge