United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS A. VENTURA,

  Plaintiff,

  v.

IQVIA INC., et al.,

  Defendants.

Case No.  25-cv-09163-RS

**ORDER DENYING DEFENDANTS' JOINT MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11**

Defendants do not provide a basis for relief. Accordingly, the Joint Motion for Administrative Relief to stay the Parties' obligation to exchange initial disclosures pursuant to General Order No. 71 is denied.

**IT IS SO ORDERED**.

Dated: December 5, 2025

_____
RICHARD SEEBORG
Chief United States District Judge