United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS A. VENTURA,

    Plaintiff,

v.

IQVIA INC., et al.,

    Defendants.

Case No. 25-cv-09163-RS

**ORDER GRANTING LEAVE TO AMEND**

The Plaintiff's motion for leave to amend the complaint is granted. Plaintiff shall file the first amended complaint in the proposed form submitted with the motion no later than December 18, 2025.

**IT IS SO ORDERED**.

Dated: December 9, 2025

_____
RICHARD SEEBORG
Chief United States District Judge