UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS A. VENTURA,

        Plaintiff,

       v.

IQVIA INC., et al.,

        Defendants.

Case No.  25-cv-09163-RS

**ORDER DENYING MOTION TO COMPEL DISCOVERY RESPONSES**

On December 13, 2025, pro se Plaintiff filed a Motion to Compel Responses to Special Interrogatories. He also seeks attorneys' fees as sanctions. Plaintiff states that he served a first set of special interrogatories on Defendants "effectuated via electronic service through the Court's CM/ECF system" on November 2 and 3, 2025. Dkt. 54 at 4; Dkt. 55, Declaration of Nicholas A. Ventura, ¶ 3. However, there is no such filing on this court's docket, and all four Defendants assert they were not properly served. Dkt. 67 at 3-4; Dkt. 69 at 6. Rather, Exhibit A to Plaintiff's Motion to Compel shows the discovery requests were served via the electronic case management system for the San Francisco Superior Court more than a week after the case was removed to federal court. Dkt. 54, Ex. A. Since the interrogatories were not properly served, *see* Fed. R. Civ. P. 5(b), 33, Defendants are not obligated to respond. Moreover, under Federal Rule of Civil Procedure 26(d)(1), parties may not seek discovery before holding a Rule 26(f) conference. *See Rovio Entertainment Ltd. v. Royal Plush Toys, Inc.*, 907 F.Supp.2d 1086, 1099 (N.D. Cal. 2012). Defendants represent that the conference the parties had on November 25, 2025 did not meet the requirements of Rule 26(f). Dkt. 67 at 3; Dkt. 69 at 7. Plaintiff does not dispute this. Dkt. 71 at 2-

1    3. Accordingly, Plaintiff's motion to compel and request for sanctions are denied.[1]

2

3    **IT IS SO ORDERED**.

4

5    Dated: January 12, 2026

6                                                    _____

7                                                    RICHARD SEEBORG
                                                     Chief United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    _____

27    [1] Pursuant to Civil Local Rule 7-1(b), the motion is suitable for disposition without oral argument, and the hearing set for January 29, 2026 is vacated.

28